# NO. 12-13-00258-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *KENDRICK DAWONE ROSS,*<br>*APPELLANT* | § | *APPEAL FROM THE 241ST* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## *MEMORANDUM OPINION*

Kendrick Dawone Ross appeals his conviction for injury to a child. The trial court sentenced him to twenty years of imprisonment. On appeal, Appellant contends the trial court erred in assessing attorney's fees against him and the judgment incorrectly reflects trial counsel's name. We modify the trial court's judgment and, as modified, affirm.

## BACKGROUND

Appellant pleaded guilty to injury to a child. The trial court found Appellant guilty and sentenced him to twenty years of imprisonment. Additionally, the court ordered him to pay court costs in the amount of $669.00.

## ATTORNEY'S FEES

In his first issue, Appellant contends the trial court erred in assessing attorney's fees against him. He argues that the trial court determined that he is indigent and appointed counsel to represent him. Therefore, the judgment should be reformed to delete the $300.00 attorney's fee assessed against him. The State concedes the error.

The record shows that the trial court found Appellant indigent and appointed counsel. The bill of costs from the district clerk's office reflects a total outstanding balance of $669.00, which includes a $300.00 assessment for attorney's fees. The judgment orders Appellant to pay $669.00

in court costs. Additionally, an order to withdraw funds for the full amount of court costs, including the attorney's fees, was rendered ordering payment of the costs out of Appellant's inmate trust account. This order was incorporated into the judgment.

Unless a material change in a criminal defendant's financial resources is established by competent legal evidence, once that defendant has been found to be indigent, he is presumed to remain indigent for the remainder of the proceedings. TEX. CODE CRIM. PROC. ANN. art. 26.04(p) (West Supp. 2013). Without record evidence demonstrating a defendant's financial resources to offset the costs of legal services, a trial court errs if it orders reimbursement of court appointed attorney's fees. *Williams v. State*, 332 S.W.3d 694, 699 (Tex. App.–Amarillo 2011, pet. denied). Here, both sides agree that there is nothing in the record to indicate that Appellant's indigent status has changed. Therefore, the trial court erred in ordering Appellant to pay the attorney's fees. Likewise, the court's order to withdraw funds, which is incorporated into the judgment, erroneously orders payment of the full $669.00 out of Appellant's inmate trust account. We sustain Appellant's first issue.

### TRIAL COUNSEL

In his second issue, Appellant asserts that the judgment erroneously reflects that he was represented at trial by Austin Reeve Jackson. The record shows that he was represented at trial by Donald S. Davidson. Accordingly, we sustain Appellant's second issue.

### DISPOSITION

Where, on appeal, this court has the information necessary for reformation, the judgment will be reformed and corrected on appeal. *See Stokes v. State*, 688 S.W.2d 539, 542 (Tex. Crim. App. 1985). Accordingly, we *modify* the trial court's judgment and the order to withdraw funds to reflect that the amount of court costs is $369.00. We further *modify* the judgment to reflect that Appellant's trial counsel was Mr. Donald S. Davidson.

As *modified*, we *affirm* the trial court's judgment.

SAM GRIFFITH
Justice

Opinion delivered May 7, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)

2



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 7, 2014**

**NO. 12-13-00258-CR**

**KENDRICK DAWONE ROSS,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

_____

Appeal from the 241st District Court

of Smith County, Texas (Tr.Ct.No. 241-1693-12)

_____

THIS CAUSE came on to be heard on the appellate record and the briefs filed herein; and the same being inspected, it is the opinion of the Court that the trial court's judgment below should be **modified and, as modified, affirmed**.

It is therefore ORDERED, ADJUDGED and DECREED that the trial court's judgment and the order to withdraw funds below be **modified** to reflect that the amount of court costs is $369.00. Further, it is ORDERED, ADJUDGED and DECREED that the trial court's judgment be **modified** to reflect that trial counsel was Donald S. Davidson; and as **modified**, the trial court's judgment is **affirmed**; and that the decision be certified to the court below for observance.

Sam Griffith, Justice.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*